UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYRONE C. ELEBY, <br>    Plaintiff, <br>   v. <br> M. VOONG, et al., <br>    Defendants. | Case No. 18-cv-06377-DMR (PR) <br> **ORDER OF TRANSFER** |

Plaintiff, a state prisoner, has filed a *pro se* civil rights action pursuant to 42 U.S.C. § 1983. Dkt. 1. Plaintiff has also consented to magistrate judge jurisdiction in this action. Dkt. 2. Plaintiff has filed a "Request to Waive Additional Court Fees." Dkt. 3. He has not filed an *in forma pauperis* application.

The acts complained of occurred at Deuel Vocational Institution, which is located in the Eastern District of California, and it appears that Defendants resides in that district. Venue, therefore, properly lies in that district and not in this one. *See* 28 U.S.C. § 1391(b).

Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is TRANSFERRED to the United States District Court for the Eastern District of California.[1] The Clerk of the Court shall transfer the case forthwith.

If Plaintiff wishes to further pursue this action, he must complete the *in forma pauperis* application required by the United States District Court for the Eastern District of California and mail it to that district.

---

[1] Venue transfer is a non-dispositive matter and, thus, it falls within the scope of the jurisdiction of the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(A).

All pending motions are TERMINATED on this court's docket as no longer pending in this district.

IT IS SO ORDERED.

Dated: November 16, 2018

_____
DONNA M. RYU
United States Magistrate Judge

|     |     |
| --- | --- |
| 1   | UNITED STATES DISTRICT COURT |
| 2   | NORTHERN DISTRICT OF CALIFORNIA |

TYRONE C. ELEBY,

    Plaintiff,

  v.

M. VOONG, et al.,

    Defendants.

Case No. 4:18-cv-06377-DMR

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 16, 2018, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Tyrone C. Eleby ID: E42961
California Medical Facility
P.O. Box 2000
Vacaville, CA 95696-2000

Dated: November 16, 2018

                        Susan Y. Soong
                        Clerk, United States District Court

                        By:_____
                        Ivy Lerma Garcia, Deputy Clerk to the
                        Honorable DONNA M. RYU

3