UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYRONE C. ELEBY,<br><br>    Plaintiff,<br><br>    v.<br><br>M. VOONG, et al.,<br><br>    Defendants. | No.: 1:18-cv-01598-SAB (PC)<br><br>ORDER TRANSFERRING CASE TO THE SACRAMENTO DIVISION OF THE EASTERN DISTRICT OF CALIFORNIA |

    Plaintiff Tyrone C. Eleby, a state prisoner proceeding *pro se*, initiated this civil rights action pursuant to 42 U.S.C. § 1983, by filing a complaint on October 18, 2018, in the United States District Court for the Northern District of California. (ECF No. 1.) Plaintiff also filed a request to waive court fees on a Superior Court of California form. (ECF No. 3.)

    On October 18, 2018, the Clerk of the Court for the Northern District of California sent to Plaintiff a form indicating that his application to waive court fees is insufficient, because it is on the incorrect form and did not have sufficient documentation. (ECF No. 4.) The Clerk sent to Plaintiff a blank request to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915, and instructed Plaintiff to file the completed request within twenty-eight days. (Id.) Plaintiff's request to waive fees was not terminated from the docket, and instead remains pending. (ECF No. 3.)

    On November 16, 2018, the Northern District of California court found that venue did not properly lie in that district for this action, and transferred the case to this Court. (ECF No. 5.) The Case was received by this Court on November 20, 2018. (ECF No. 6.)

1

In his complaint, Plaintiff alleges violations of his Due Process and Fifth Amendment rights related to a deprivation of property. The alleged violations took place at Deuel Vocational Institution in San Joaquin County, which is part of the Sacramento Division of the United States District Court for the Eastern District of California. Therefore, the complaint should have been filed in the Sacramento Division.

Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper court may, on the court's own motion, be transferred to the proper court. Therefore, this action will be transferred to the Sacramento Division. This Court will not rule on Plaintiff's request to waive additional court fees, which remains pending as noted above. (ECF No. 3.)

Good cause appearing, IT IS HEREBY ORDERED that:

1. This action is transferred to the United States District Court for the Eastern District of California sitting in Sacramento; and

2. All future filings shall refer to the new Sacramento case number assigned and shall be filed at:

> United States District Court
> Eastern District of California
> 501 "I" Street, Suite 4-200
> Sacramento, CA 95814

3. This Court has not ruled on Plaintiff's request to waive court fees. (ECF No. 3.)

IT IS SO ORDERED.

Dated: **November 21, 2018**

UNITED STATES MAGISTRATE JUDGE